# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALFREDO RAMIREZ | * | |
| | * | |
| VS | * | C.A. NO. B-01-163 |
| | * | |
| UNITED STATES OF AMERICA | * | (Cr. No. H-99-080) |

## ORDER OF TRANSFER

The plaintiff has filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. The Plaintiff is an inmate currently incarcerated in the Federal Correctional Institution in Bastrop, Texas. The Plaintiff was indicted and convicted in Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1391(b), 1404(a).

Done at Brownsville, Texas, this 3rd day of October 2001.

_____
Felix Recio
United States Magistrate Judge